**Order entered November 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01221-CV

### TCI LUNA VENTURES, LLC, ET AL., Appellants

### V.

### BRANCH BANKING AND TRUST COMPANY, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03653**

## ORDER

We **GRANT** appellants' November 12, 2013 unopposed second motion for an extension of time to file a brief. Appellants shall file their brief on or before December 18, 2013. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/     DAVID LEWIS
         JUSTICE